1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              Case No.  17cr2443-LAB

11                       Plaintiff,        ORDER OF CRIMINAL
                                           FORFEITURE
12         v.

13  YON PON WONG,

14                       Defendant.

15

16         WHEREAS, in the Information in the above-captioned case, the United States

17  charged Defendant YON PON WONG ("Defendant"), as follows:

18         In a matter involving the importation of fish and wildlife, knowingly
           make and submit a false record, to wit, a commercial invoice for
19         abalone falsely representing the name and address of the seller, for fish
           and wildlife which had been and was intended to be imported and
20         received from a foreign country, on or about October 5, 2013, within the
           Southern District of California, in violation of 16 U.S.C. §§ 3372(d)(l)
21         and 3373(d)(3)(A)(i).; and

22         WHEREAS, on or about August 30, 2017, Defendant pled guilty before

23  Magistrate Judge Jill L. Burkhardt to the one-count Information, which plea included

24  an agreement to forfeit to the United States the amount of $500,000 as proceeds

25  Defendant received from the offense, which forfeiture shall be included and

26  incorporated as part of the judgment in this case; and

27         WHEREAS, on October 25, 2017 this Court accepted the guilty plea of

28  Defendant; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court determined that $500,000 (U.S. dollars) represents the moneys derived from and traceable to the gross proceeds that the Defendant obtained directly as a result of the offense to which Defendant pled guilty, 16 U.S.C. §§ 3372(d)(l) and 3373(d)(3)(A)(i), as charged in the Information; and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is entitled to an Order of Forfeiture in its favor against the Defendant for the proceeds received by the Defendant in the amount of $500,000, pursuant to 18 U.S.C. § 982(a)(2)(B) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the $500,000 forfeiture and the offense; and

WHEREAS, the Defendant has paid the United States the $500,000 forfeiture amount pursuant to the terms of the Plea Agreement and Forfeiture Addendum;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.     Defendant YON PON WONG agreed to forfeit to the United States the sum of $500,000 pursuant to 18 U.S.C. § 982(a)(2)(B) in the form of a forfeiture amount for the proceeds Defendant received from his offense of conviction, which forfeiture is in favor of the United States against Defendant YON PON WONG; and

2.     Defendant has paid the United States the $500,000 forfeiture amount pursuant to the terms of the Plea Agreement and Forfeiture Addendum; and

3.     Pursuant to Rule 32.2(b)(4), this Order of Forfeiture is made final as to the Defendant as of the time of sentencing, which took place on December 18, 2017, and is part of the sentence and included in the judgment.

DATED: December 18, 2017

_____
LARRY ALAN BURNS
United States District Judge